PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, | CASE NO. 2:18-cv-07480-JAK (MRWx) |
| Plaintiffs, | [Related Case 2:13-cv-02488-BRO-RZ] |
| vs. | **STIPULATION FOR RESCHEDULING OF HEARING ON MOTION TO DISMISS** |
| HERBALIFE LTD., *et al.*, | |
| Defendants. | *[Filed concurrently with [Proposed] Order]* |
| | Assigned to Hon. John A. Kronstadt, Courtroom 10B |

Pursuant to Local Rule 7.1, Defendants Herbalife Nutrition Ltd. (fka Herbalife Ltd.), Herbalife International, Inc., and Herbalife International of America, Inc. (collectively, "Herbalife"), and Plaintiffs Patricia Rodgers, Jeff Rodgers, Izaar Valdez, and Jennifer Ribalta, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 2, 2019, the Court entered an order setting a hearing on Defendants' Motion to Dismiss (ECF No. 142) on January 28, 2019 at 8:30 a.m.;

WHEREAS Etan Mark, counsel for Plaintiffs who has been actively handling this matter, is unavailable on January 28, 2019 due to a long-standing personal commitment;

WHEREAS counsel for Plaintiffs intends to travel from Florida to attend the hearing on the Motion to Dismiss; and

WHEREAS, upon meeting and conferring, the parties agree and respectfully request that the hearing on the Motion to Dismiss be reset, subject to the Court's availability, within 14 days of January 28, 2019.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(1) The parties jointly request that the Court continue the hearing on the Motion to Dismiss to January 30, 31, February 1, 4, 5, or 11.

*Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

DATED:  January 3, 2019          Respectfully submitted,

Mark Migdal & Hayden

By:  */s/ Etan Mark*
      Etan Mark
      Attorneys for Plaintiffs Jeff Rodgers,
      Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez

| | | |
|---|---|---|
| 1 | DATED:  January 3, 2019 | Mark T. Drooks |
| 2 | | Paul S. Chan |
| 3 | | Gopi K. Panchapakesan |
| | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 4 | | Drooks, Lincenberg & Rhow, P.C. |

By: ____*/s/ Mark T. Drooks*____
        Mark T. Drooks
Attorneys for Defendants Herbalife Nutrition Ltd. (fka Herbalife Ltd.), Herbalife International, Inc., and Herbalife International of America, Inc.