# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>**ORDER RE STIPULATION FOR RESCHEDULING OF HEARING ON MOTION TO DISMISS (DKT. 160)** |

1 | The parties having stipulated to reschedule the hearing on Defendants'
2 | Motion to Dismiss, and good cause showing, the Stipulation is hereby **GRANTED**.
3 | It is ordered that the January 28, 2019 hearing on Defendants' Motion to Dismiss
4 | will be continued to February 11, 2019.
5 |     IT IS SO ORDERED.

Dated: January 4, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE