Paul A. Levin – State Bar No. 229077
  plevin@themrlg.com
MORTGAGE RECOVERY LAW GROUP LLP
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900 / Fax: (818) 630-7920

Etan Mark *(admitted pro hac vice)*
  etan@markmigdal.com
Donald J. Hayden *(admitted pro hac vice)*
  don@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

Attorneys for Plaintiffs

Mark T. Drooks – State Bar No. 123561
  mdrooks@birdmarella.com
Paul S. Chan – State Bar No. 183406
  pchan@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100 / Fax: (310) 201-2110

Attorneys for Defendants Herbalife
Nutrition Ltd. (fka Herbalife Ltd.),
Herbalife International, Inc., and Herbalife
International of America, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>      Plaintiffs,<br><br>   vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>      Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>**JOINT REPORT AS TO NEUTRAL SELECTION**<br><br>Assigned to Hon. John A. Kronstadt, |

3537505.1

Pursuant to [D.E. 159] Order Setting Pretrial Deadlines, Plaintiffs Jeff Rodgers, Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez ("Plaintiffs") and Defendants Herbalife Nutrition Ltd. (fka Herbalife Ltd.), Herbalife International, Inc., and Herbalife International of America, Inc. (collectively, "Herbalife"), through their respective counsel of record, hereby submit this Joint Selection of Neutral. Counsel conferred on January 22, 2019 and selected Hon. Margaret A. Nagle (Ret.) of JAMS.

DATED: January 22, 2019      Mortgage Recovery Law Group LLP

By: _____*s/ Paul A. Levin*_____
Paul A. Levin
Attorneys for Plaintiffs

DATED: January 22, 2019      Etan Mark
Donald J. Hayden
Mark Migdal & Hayden

By: _____*s/ Etan Mark*_____
Etan Mark
Attorneys for Plaintiffs

3537505.1

2

JOINT REPORT - JOINT SELECTION OF NEUTRAL

| | | |
|---|---|---|
| 1 | DATED: January 22, 2019 | Mark T. Drooks |
| 2 | | Paul S. Chan |
| | | Gopi K. Panchapakesan |
| 3 | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 4 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____*s/ Mark T. Drooks*_____
  Mark T. Drooks
Attorneys for Defendants Herbalife
Nutrition Ltd. (fka Herbalife Ltd.),
Herbalife International, Inc., and Herbalife
International of America, Inc.