| | |
|---|---|
| 1 | PAUL A. LEVIN (State Bar No. 229077) |
| 2 | MORTGAGE RECOVERY LAW GROUP LLP |
|   | 550 North Brand Boulevard, Suite 1100 |
| 3 | Glendale, California 91203 |
|   | TELEPHONE: (818) 630-7900 |
| 4 | FASCIMILE: (818) 630-7920 |
| 5 | EMAIL: plevin@themrlg.com |
| 6 | |
| 7 | ETAN MARK (admitted pro hac) |
|   | DONALD J. HAYDEN (admitted pro hac) |
| 8 | MARK MIGDAL & HAYDEN |
|   | 80 SW 8th Street, Suite 1999 |
| 9 | Miami, Florida 33130 |
| 10 | TELEPHONE: (305) 374-0440 |
|    | EMAIL: etan@markmigdal.com |
| 11 |         don@markmigdal.com |
| 12 | |
| 13 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| PATRICIA RODGERS, JEFF RODGERS, IZAAR VALDEZ, and JENNIFER RIBALTA, | CASE NO. 2:18-cv-07480-JAK (MRWx) |
| | [Related Case 2:13-cv-02488-BRO-RZ] |
| Plaintiffs, | **APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| vs. | Assigned for all purposes to the Honorable John A. Kronstadt |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., | Courtroom   B |
| Defendant. | |

## APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5, Plaintiffs PATRICIA RODGERS, JEFF RODGERS, IZAAR VALDEZ, and JENNIFER RIBALTA ("Plaintiffs") hereby applies for leave of Court to file Exhibits 4 and 20 to the Amended Complaint [ECF No. 202] under seal. Exhibit 4 are PowerPoint presentations used in "Nutrition Club trainings" for all distributors (third-party, non-Herbalife employees). Exhibit 20 is draft PowerPoint presentation for use at the 2015 Future President's Team Retreat with comments from Herbalife corporate. Plaintiffs do not believe the documents are Confidential in any respect.

Counsel for the parties in this matter were informed of Plaintiffs' intent to seek leave to file Exhibits 4 and 20 under seal. See Declaration of Etan Mark In Support of Application for Leave to File Under Seal, filed concurrently herewith. Specifically, counsel for Defendant HERBALIFE INTERNATIONAL OF AMERICA ("HERBALIFE") has asked that Plaintiffs file Exhibits 4 and 20 under seal.

Plaintiffs respectfully request that the Court grant the Application to File Under Seal Exhibits 4 and 20 to the Amended Complaint.

Executed this 27th day of November, 2019 at Los Angeles, California.

Respectfully submitted,
Mark Migdal   Hayden
By  s  Etan Mark

Etan Mark, Esq.
Attorneys for Plaintiffs
Jeff Rodgers, Patricia Rodgers,
Jennifer Ribalta and I aar Valde

# SERVICE LIST

Mark T. Drooks, Esq.
mdrooks@birdmarella.com
Paul S. Chan, Esq.
pchan@birdmarella.com
Gopi K. Panchapakesan, Esq.
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for and Herbalife International of America, Inc.*

Michael S. Catlett, Esq.
michael.catlett@quarles.com
Edward A. Salanga, Esq.
edward.salanga@quarles.com
Kevin D. Quigley, Esq.
kevin.quigley@quarles.com
Brian A. Howie, Esq.
brian.howie@quarles.com
Zachary Scott Foster, Esq.
zachary.foster@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004−2391
Telephone: (606) 229−5200

*Attorneys for Florida Defendants*