Mark T. Drooks – State Bar No. 123561
   mdrooks@birdmarella.com
Paul S. Chan – State Bar No. 183406
   pchan@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
   gpanchapakesan@birdmarella.com
Jonathan M. Jackson – State Bar No. 257554
   jjackson@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Herbalife
International of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>    Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>**DECLARATION OF SACHA MAURICIO DOMINGO DONOVAN IN SUPPORT OF HERBALIFE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   February 10, 2020<br>Time:  8:30 A.M.<br>Crtrm.: 10B<br><br>Assigned to Hon. John A. Kronstadt |

3621688.2

DECLARATION OF SACHA MAURICIO DOMINGO DONOVAN

## DECLARATION OF SACHA MAURICIO DOMINGO DONOVAN

I, Sacha Mauricio Domingo Donovan, declare as follows:

1. I am currently the Vice President of Worldwide Member Business Practices and Compliance ("MPC") at Herbalife International of America, Inc. ("Herbalife"), a party to the above-entitled action. I have held this position since 2011, and have worked at Herbalife since 2008. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

### Nutrition Clubs

2. A nutrition club is one daily method of operation (or "DMO") that Herbalife distributors can pursue. A nutrition club serves as a gathering spot for a distributor's downline members, prospective downline members, and customers where the distributor can, among other things, sell product, conduct trainings, and run fitness classes.

3. There are many ways to run a nutrition club, and those distributors who choose to operate a commercial nutrition club (*i.e.*, not out of one's residence) have the freedom to pursue this type of business as they best see fit. As with any business, the profitability of a commercial nutrition club may turn on any number of factors, such as local demand, the location of the club, the club's offerings, and the overall business acumen of the club operator. In addition, a club operator must generate enough revenue through his or her business to cover overhead expenses that might be associated with operating the club, like monthly rent.

4. According to Herbalife's records, about 13% of Herbalife distributors in the U.S. are involved in the operation of a commercial nutrition club.

### Herbalife Policies Regarding Event Content

5. Herbalife has always required that the content presented at events be truthful, accurate, and not misleading. Herbalife's policies regarding event content and the enforcement of those policies, however, have evolved over time. For

example:

- Since as early as January 1997, Herbalife's rules have required the verification and/or substantiation of income claims.
- Since as early as May 2005, Herbalife's rules have required that earnings claims, including lifestyle claims, be accompanied by a disclaimer.
- In or around 2014, Herbalife published guidance regarding the making of claims that advised against showing excessive lifestyle images. Since around July 2016, Herbalife's rules have prohibited distributors, including event speakers, from displaying lavish lifestyle images.
- For more than ten years, Herbalife has had a process (which process has evolved over time) for requiring speakers at corporate events to submit their presentations to the company for review ahead of time.
- For at least the last five years, Herbalife has offered more formalized training and/or guidance to distributors about the making of claims. For example, in or around 2014, Herbalife published guidelines regarding the making of claims, including income claims. In May 2016, Herbalife required distributors to undergo mandatory online training regarding, among other topics, income claims and business management. In February 2017, Herbalife made available to distributors additional training regarding these issues.

**Disciplinary Actions Regarding Florida Defendants**

6. Of the 44 individuals whom I understand were originally named as defendants in this action (the "Florida Defendants"), Herbalife's records reflect that from 2009 through the present, eleven have been the subject of disciplinary actions relating to the so-called "banned" practices alleged by Plaintiffs. The majority of these actions involved income claims (typically posted on social media websites or other online platforms) without the required disclaimers. Only one of these

3621688.2

3

DECLARATION OF SACHA MAURICIO DOMINGO DONOVAN

disciplinary actions involved claims made by a distributor at an Herbalife event.

7. In each instance, Herbalife required the removal of any misleading content (and/or the addition of any required disclaimers), and counseled or disciplined the distributor at issue. Roughly half of these disciplinary actions were initiated as a result of the MPC group's proactive efforts to identify and remove potentially misleading information.

8. Other than a handful of them making income claims without an appropriate disclaimer (and/or making lavish lifestyle claims contrary to Herbalife's policies), I am not aware of any of the Florida Defendants engaging in any of the other so-called "banned" practices alleged by Plaintiffs (*e.g.*, money laundering, currency arbitrage, nepotism, or the pre-opening of international markets).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 19, 2019, at Los Angeles, California.

_____
Sacha Mauricio Domingo Donovan