Mark T. Drooks – State Bar No. 123561
    mdrooks@birdmarella.com
Paul S. Chan – State Bar No. 183406
    pchan@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
    gpanchapakesan@birdmarella.com
Jonathan M. Jackson – State Bar No. 257554
    jjackson@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Herbalife
International of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>           Plaintiffs,<br><br>      vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>           Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>**DECLARATION OF BOB BOGARD IN SUPPORT OF HERBALIFE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    February 10, 2020<br>Time:    8:30 A.M.<br>Crtrm.:  10B<br><br>Assigned to Hon. John A. Kronstadt |

## **DECLARATION OF BOB BOGARD**

I, Bob Bogard, declare as follows:

1.      I am currently the Senior Director of North American Sales & Strategy at Herbalife International of America, Inc. ("Herbalife"), a party to the above-entitled action.  I make this declaration in support of Herbalife's Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      During the course of my 25-year tenure at Herbalife, I have at times dealt extensively with the planning and organization of Herbalife events.  As part of that role, I also am generally familiar with Herbalife's marketing plan and the distributorship tiers within that plan.

### **Corporate Events**

3.      Herbalife currently has a role in organizing around 50 to 60 events per year, namely, numerous Leadership Development Weekend ("LDW") events in the spring and fall (hosted in various cities around the country), one Extravaganza, and one Future President's Team Retreat (collectively, "corporate events").  In total, Herbalife has sponsored about 540 corporate events since January 2009.  Herbalife also plays a role in organizing certain aspects of annual Kickoff events at the beginning of the year.  There are approximately 50 of these Kickoff events per year.

4.      Kickoff events typically take place over the course of one to two days. The latter three events typically take place over the course of three days.

5.      Herbalife estimates that hundreds of different distributors have spoken at these corporate events since 2009.  Each year, 10 to 15 different distributors typically speak at the Extravaganza and Future President's Team Retreat alone.

6.      Herbalife ensures that valuable content is presented at these events, including topics relating to ethics, integrity, and money and business management. In addition, Herbalife provides food and/or entertainment at some of these events.

7.      There are key differences amongst the various corporate events. Kickoff events focus on planning and promotions for the upcoming year and may also address the launching of new products and other business developments.  Since 2015, Herbalife has covered the cost of these events, while the distributors who organize them collect the revenues from ticket sales.

8.      There is one Extravaganza each year.  Herbalife is more involved in directly organizing this event, and both Herbalife employees and distributors typically speak at this event.  For certain years, the first day of the Extravaganza has involved a "Future Millionaire Team Experience," which is reserved for distributors who have achieved the "Global Expansion Team" (or "GET" team) level or higher, or approximately 4% of Herbalife's current distributors.  This special session involves advanced training on business management.

9.      LDWs focus on business opportunity training.  Only those who reach the level of "Supervisor" (approximately 45% of Herbalife's current distributors) can attend.

10.     There is one Future President's Team Retreat each year, and it can be attended by only those who have obtained certain royalty thresholds.  Those who qualify often have achieved "Millionaire Team" level or higher, which is about 1% of Herbalife's current distributors, although GET and even World Team level distributors have qualified for this event as well.  The retreat provides advanced training regarding the business opportunity.

11.     The agendas for and content presented at these events have evolved over time, and depend in part on what is happening with the business at any given point in time.

12.     During the course of this litigation, Herbalife has produced videos of numerous corporate events that took place during the class period.  Attached as **Exhibits A to F** are true and correct copies of excerpts of transcripts of the following events: 2011 Extravaganza (Las Vegas), 2013 Extravaganza (Las Vegas),

DECLARATION OF BOB BOGARD

2014 LDW (Daytona), 2014 Extravaganza (Chicago), and 2017 Future President's Team Retreat (San Antonio).

### Distributor-Run Events

13.     Each year, there are hundreds other events run by Herbalife distributors, including Success Training Seminars ("STS") and Herbalife Opportunity Meetings ("HOM").  Herbalife *does not*:

a.     organize or finance distributor-run events;

b.     collect any revenues from distributor-run events;

c.     promote distributor-run events (other than identifying them on an online calendar if apprised of the event by the organizer); or

d.     with limited exceptions, attend or record distributor-run events.

14.     Distributor-run events often occur without Herbalife's knowledge.

15.     While Herbalife provides basic training materials that may be used at distributor-run events, it does not require distributors to use them.  Distributors who use these materials often deviate from them or tailor them for a specific audience; others do not use the materials at all.

16.     As independent contractors, distributors have discretion in terms of the content they present, so long as the content complies with the company's rules.  Herbalife does not review ahead of time presentations given at distributor-run events.

17.     In a given month, there can be anywhere from 150 to 175 STS events in different cities around the United States, each of which is organized by a different distributor.  At any particular STS, there may be several distributors who speak.  Herbalife estimates that it has supported (in the form of providing free product for the event and identifying the event in an online calendar) approximately 2,200 distributor-run events since January 2009.  This estimate does not include other distributor-run events that did not receive corporate support and that Herbalife, therefore, was not aware of in the first instance.

18.   Since 2009, Herbalife estimates that at least 2,000 different distributors have organized and/or spoken at distributor-run events that received support from Herbalife (again, this estimate does not include distributor-run events that did not receive corporate support).

19.   Herbalife generally requires that speakers at distributor-run events receiving corporate support be a member the Top Achievers Business Team (or "TAB" team).  The TAB team is comprised of distributors who have achieved the GET team level or higher, or approximately 4% of current distributors.  As to distributor-run events that do not receive corporate support, there is no such requirement.

**Additional Information Regarding Distributor Levels**

20.   Distributors can reach different levels under the Herbalife marketing plan, which may qualify them for special events and other opportunities.

21.   I am informed and believed that Plaintiffs Jeff and Patricia Rodgers reached the "World Team" level.  Plaintiff Jennifer Ribalta reached the GET team level, the highest level that any of the Plaintiffs reached.  Plaintiff Izaar Valdez reached the "Supervisor" level.

22.   I am informed and believe that there are currently 673 distributors who are members of the "President's Team" in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 19, 2019, at Los Angeles, California.


Bob Bogard

# EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13    Herbalife

14    2011 October Las Vegas Extravaganza

15    Frank Lamberti

16

17    05 HLF_034326 CONFIDENTIAL

18

19

20

21

22

23

24

25

Page 1

```
 1    Ethics Department is always to work together with

 2    distributors in order to correct bad practices.

 3    Right, our goal is not to terminate distributors,

 4    although as Susan mentioned, there are times when

 5    we have to just go get them, and we do, and we'll

 6    talk about that today. But really, the goal is to

 7    get people doing the business the right way.

 8                    So, today, I'm going to cover why we

 9    have the rules, okay; the importance of following

10    the rules; what your role is as leader, with the

11    rules; what the company's role is with the rules.

12    And also, I'm going to point out a few key rules

13    that are impacting your business today, and talk

14    about how we can approve those elements.

15                    Okay, so first, why do we have the

16    rules? The rules, you guys all know, are here to

17    protect us. But they're also here to teach us the

18    proper way to conduct our business. Our brand has

19    never been more visible. The image has never been

20    stronger, right? The business opportunity has

21    never been richer, and the products have never

22    been made of better quality. And all of that is

23    reflected in our sales growth.

24                    But with this increased visibility,

25    right, we have a lot more responsibility to do
```

Page  3

```
 1    things the right way. And I'm going to share a

 2    quote with you from our CEO, last week, or two

 3    weeks ago, at the Atlanta Extravaganza, where he

 4    said, "Tomorrow's growth is built on today's

 5    integrity."

 6                    Tomorrow's growth is built on today's

 7    integrity. And we have to ask ourselves, what

 8    type of foundation do we want that to be? Because

 9    the growth is going to be tremendous.

10                    But additionally, we also operate in

11    two categories, right? Our company is a multi-

12    level marketing company. But we're also working

13    in dietary supplements. And both of these

14    categories, right, the regulatory environment is

15    getting stricter and stricter every year, so we

16    have to make sure that our ethics and our rules

17    are being followed right to the best of our

18    ability.

19                    We're already getting big, so we've

20    become prime targets for regulators or reporters

21    who want to get the juicy story. So, we have to

22    make sure that we follow the rules. They're here

23    to help us. They're here to protect us. And more

24    importantly, when we receive inquiries from

25    agencies around the world, when the practices in
```

                                            Page 4

 1    the field are different than the rules, it really

 2    weakens us and puts us in a vulnerable position.

 3    When we have distributors who are new and

 4    excited, making exaggerated product claims or

 5    exaggerated business claims, saying they can make

 6    a million dollars, you know, first year working

 7    part time, not only does it not sound credible,

 8    but it can get us in a lot of trouble. So, we

 9    have to make sure that the practices in the field

10    are consistent with the rules so that we are in

11    the most defensible position when those inquiries

12    come.

13                   So, how does the company develop its

14    rules, is a question that we get a lot. First, we

15    always start with the laws in the countries that

16    we operate within. Then we use regulations at

17    various agencies that will help us interpret how

18    those laws will be applied. We follow guidelines

19    of the Direct Selling Association. We use the

20    expertise of our management team, the experience

21    of all of our distributors--more than 30 years of

22    experience. But most importantly, we use family

23    values, common human family values. And it's

24    really simple because we can sum all of that up

25    in one sentence, and that is: At Herbalife, we do

                                              Page 5

1     the right thing. Okay.  So, we have to keep that

2     in mind because sometimes doing the right thing

3     isn't always very easy for people.

4                         Okay, so as a multi-level marketing

5     company, we value face-to-face selling and

6     personal relationships, right? So, a lot of the

7     rules that we have are developed to protect those

8     relationships, to protect the recruiting efforts

9     of a sponsor, and to protect the ongoing

10    relationships between distributors and their

11    regular customers. We call it protecting the

12    second sale. And that personal relationship is

13    very important. So, we'll cover a lot of rules

14    today that not only talk about the laws, but also

15    talk about protecting those relationships, which

16    are just essential to the multilevel marketing

17    model.

18                        Okay, so what is your role as leaders

19    of this company? Okay, what does a company expect

20    of you? We expect you, first and foremost, to

21    train new distributors. Okay. We'll be very proud

22    to talk about our retention rate, but we always

23    have to keep in mind that the other half of the

24    people coming into this business every year are

25    new, so we need those guys to be trained

Page 6

```
 1                          C E R T I F I C A T I O N

 2

 3     I, Sonya Ledanski Hyde, certify that the

 4     foregoing transcript is a true and accurate

 5     record of the proceedings.

 6

 7

 8

 9

10       <%12151,Signature%>

11     Veritext Legal Solutions

12     330 Old Country Road

13     Suite 300

14     Mineola, NY 11501

15

16     Date: October 25, 2019

17

18

19

20

21

22

23

24

25
```

Page 20

# EXHIBIT B

1

2

3

4

5

6

7

8

9

10

11

12

13  Herbalife

14  2013 Las_Vegas - Friday PM

15  Mary Holloway

16

17  10 HLF_006085_CONFIDENTIAL

18  11 HLF_006086_CONFIDENTIAL

19

20

21

22

23

24

25

Page 1

```
 1                    Then you move forward, okay, and you go
 2   to the next slide and you say something like, now
 3   I'd like you to hear from some of the people here
 4   in this room that are earning exciting incomes.
 5   If you earned--and whatever it is for your room,
 6   500 or more, 100 or more, whatever it is, have
 7   them stand up. It's very, very simple to use the
 8   disclaimers.
 9                    And then you let the stories flow till
10   you get to about 10,000 a month. Now we're
11   getting into some serious money, right. And
12   before these people come up, okay, what you say
13   is this, something like this. Wow, these are
14   exciting stories.
15                    The next team members that you're going
16   to hear from have each worked hard to build a
17   strong business. Their long-term efforts to
18   helping lots of people better their lives through
19   our incredible products and business has yield
20   them a high income and they represent the top 1
21   1/2 percent of income earners in our company.
22   We're fortunate to have them with us today, let's
23   hear their success stories.
24                    It's just that simple, okay? And then
25   boom, we can tell our stories about the real
```

Page 25

1   incomes that we make. At one point it was like we

2   can only go up to 10,000, and so for a lot of

3   people they make a lot more than 10,000 a month.

4   This allows us to share more of what we do. And

5   again, it's not just about the money, it's about

6   the lifestyle, right? You might want to talk

7   about, wow, my family gets to go on vacation.

8                   You know, for me, it was that we had a

9   sport court in our backyard. I wanted my house to

10   be the park, okay, so that my children brought

11   their friends to our house. Because then I knew

12   what was going on, okay.

13                   I don't know what's going on at

14   somebody else's house, but I can look out the

15   window and see what's going on at my house,

16   right? I can tell if people would be walking by

17   and they had alcohol on their breath, you know,

18   at my house. So I liked them being at my house,

19   you know. So talk about all the different things

20   that the income may be in your lifestyle has

21   helped you to achieve with your dreams.

22                   Anything that we talk about, any

23   statements, any statistics, direct quotations,

24   okay, other information that we use to promote

25   the products and the business, it's always got to

Page 26

1   be correct and we have to be able to substantiate

2   it. We just can't throw it out there, okay. You

3   can't have heard something maybe at an STS from

4   somebody and decide that, oh, this is something I

5   can just go share with everybody. Not

6   necessarily, okay. We have to talk about things

7   that we can substantiate.

8                    It can be misleading if we don't, it

9   can damage the credibility of Herbalife, okay. So

10   statements that cannot be substantiated, we just

11  can't use them. And we don't need to. Frankly, we

12  don't need to do anything like that. We have an

13  amazing company. We have amazing products. We

14  make an amazing amount of money. The truth is

15  like, way better than most people's lives, right?

16  So we just stick to that. Yes.

17                    So you want to respect and work within

18  the guidelines of the current market like we've

19  talked about, so we can all have Herbalife for

20  years to come. Who wants Herbalife for years to

21  come? Yeah. Me too, me too.

22                    Okay, here's our call to action from

23  Michael Johnson. Every day that you continue to

24  build your business in the right way, every time

25  that you that you deliver a great Herbalife

Page 27

1    experience, and with each and every long-term

2    customer, member, distributor you develop, you

3    make Herbalife stronger. Okay, thank you,

4    Michael.

5                          From Mark, okay, be loyal to all

6    Herbalife rules. Sometimes they are not easy, but

7    you must follow them for your own sake, your

8    children's, and the company. Mark Hughes. So I

9    wanted to read you something that I put together.

10    I'm actually going to sit down for this. I

11    apologize for people behind me. But I want you to

12    think about this, and this is who we are, who we

13    are.

14                          We are Team Herbalife, started because

15    one man, Mark Hughes, chose to turn the

16    difficulties and a tragedy in his life into hope

17    for a better life for tens of millions of people

18    around the world. Mark's vision for a better

19    future, his courage to find his first customer,

20    and first distributor, and then more, and more,

21    and even more of them, to show us the way.

22                          And Mark's tenacity to be our voice,

23    and our strength in the tough times, when we were

24    attacked, all this, coupled with his call for

25    honesty, integrity, and hard work is our

```
 1                        C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8     <%12151,Signature%>

 9    Veritext

10    330 Old Country Road

11    Suite 300

12    Mineola, NY 11501

13

14    Date: October 25, 2019

15

16

17

18

19

20

21

22

23

24

25
```

Page 33

# EXHIBIT C

1

2

3

4

5

6

7

8

9

10

11

12

13  Herbalife

14  2014 Daytona

15  Michael O. Johnson

16

17  12 HLF_033905_CONFIDENTIAL

18

19

20

21

22

23

24

25

Page 1

```
 1                    MICHAEL O. JOHNSON: Hello, everyone.

 2   Welcome to Herbalife. I'm Michal Johnson and I'm

 3   your Chairman and Chief Executive Officer. And

 4   today we are pleased to have you with us.

 5                    Herbalife is a global nutrition company

 6   that sells our products exclusively through a

 7   network of people just like you. We sell in more

 8   than 80 countries throughout the world. Our

 9   incredible products have benefited millions of

10   customers, and they provide nutritional support

11   for your entire body.

12                    During this meeting, you're going to

13   learn more about our products and the Herbalife

14   business opportunity. Everything we do at

15   Herbalife supports a healthy, active life.

16                    I've been competing in triathlons and

17   cycling races for more than 20 years, and I

18   consume our products every single day. I love how

19   they provide good nutrition and support my

20   fitness and optimum performance, and believe they

21   can help you, too.

22                    It is really important to personalize a

23   product program that's right for you. We

24   encourage you to work with your sponsor, the

25   person who invited you to this meeting, to create
```

Page 2

```
 1    your own program.
 2                    Today you're also going to meet members
 3    who have chosen to work the Herbalife business
 4    opportunity. Incomes can vary from person to
 5    person. Some choose to work our business part-
 6    time, while others embrace the Herbalife
 7    opportunity on a full-time basis. As in any
 8    business, your success depends on your consistent
 9    effort, your hard work, and of course, your
10    skills.
11                    For more information, a statement of
12    average gross compensation has been posted in
13    this room for you to review. It shows how much is
14    paid by Herbalife to our members and our
15    distributors. The statement can also be found in
16    the Business Opportunities section of
17    StartHerbalife.com.
18                    We also take great pride in helping
19    others through our Herbalife Family Foundation,
20    with the generous help of our entire Herbalife
21    family, the Herbalife Family Foundation provides
22    funding and volunteer support to more than 90
23    children's organizations around the world.
24                    We love hearing from people who are
25    enriching their lives by choosing to work the
```

Page  3

1    Herbalife business. The person who invited you to

2    this presentation wants you to hear about the

3    kind of experience you could have with our

4    products and our business opportunity.

5                    There are some key traits that make

6    people successful with the Herbalife business;

7    they work hard, they're motivated to learn, and

8    they continue to improve by using the skills they

9    develop through the course of their Herbalife

10   business.

11                   After the presentation, you will have a

12   chance to discuss our products and our business

13   opportunity with the person who invited you here

14   today. If you choose to develop an Herbalife

15   business, you can attend the trainings we offer

16   on different business models for success. We use

17   these models to build and support a customer base

18   and a team. Use the methods that you have been

19   trained on and make the most sense for your

20   personal financial circumstances. If you decide

21   to join us, there's no need for you to overspend

22   or borrow to do the Herbalife business. It's

23   important that you acquire the amount of products

24   that makes sense for your own nutritional and

25   your own business needs.

Page 4

```
 1    1                    C E R T I F I C A T I O N

 2    2

 3    3    I, Sonya Ledanski Hyde, certify that the

 4    4    foregoing transcript is a true and accurate

 5    5    record of the proceedings.

 6    6

 7    7

 8    8

 9    9      <%12151,Signature%>

10   11    Veritext Legal Solutions

11   12    330 Old Country Road

12   13    Suite 300

13   14    Mineola, NY 11501

14   15

15   16    Date: October 25, 2019

16   17

17   18

18   19

19   20

20   21

21   22

22   23

23   24

24   25

25
```

Page  6

# EXHIBIT D

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13   Herbalife

14   2014 Chicago Extravaganza Thursday AM

15   Leslie Stanford

16

17   01 HLF_006261_CONFIDENTIAL

18   02 HLF_006262_CONFIDENTIAL

19   03 HLF_006263_CONFIDENTIAL

20

21

22

23

24

25

                                              Page 1
```

1      on average how many people do you need to talk to

2      every day to get that many clients?  We always

3      figured out what our ratio was.  If I needed to -

4      - if I talked to 10 people a day about the

5      product, I knew that I would sell between two and

6      three of them.

7                        So that meant that if I needed 10

8      clients, how many people do I need to talk to?

9      Right, 50?  So think about how many people you

10     need to talk to every single day to reach the

11     number of clients that you need to do to make the

12     money you need to make.  It's all about the

13     invitations, right?

14                        The invitations to whatever

15     presentation, whether it's a wellness profile,

16     whether it's a healthy, active lifestyle

17     activity, whatever it is that you need to make

18     those invitations, right?

19                        Now, the other thing is that it's

20     easier to look after the previous clients that

21     you've had every single month, get repeat

22     business, but always look after them and then get

23     new clients every single month and new members

24     every single month.

25                        Okay.  The next thing is, and this is

Page 8

```
 1    probably the thing that made the most important
 2    difference in my business, is first of all, you
 3    want to have a daily method of operation, a plan
 4    for getting retail customers, a plan for
 5    sponsoring new members, and then a plan for how
 6    you're going to train those people.  You need to
 7    have a structure on that.
 8                   And then the gauges were really
 9    important.  You know, when I started I told you
10    my gauges were a little square box for every
11    program I needed to sell.  And then I moved into
12    being much more sophisticated.  I got a desk
13    calendar.  I invested in my business and got a
14    desk calendar.
15                   And I want to show a close-up of this.
16    Here's what I did, because I had to -- I was very
17    clear on how much money I needed to mark.  I put
18    the person -- whenever I made a sale, whether it
19    was wholesale or retail, I put the person's last
20    name, the volume points and the profit that I
21    made.
22                   So I was clear, and then at the end of
23    every day I totaled up the volume points.  I
24    totaled up the profit.  At the end of every week,
25    I totaled up the volume points, I totaled up the
```

Page 9

```
 1    profit.  And then I played a little game with

 2    myself and I tried to beat the previous week's

 3    volume points and profit.

 4                     This was how I motivated myself was I

 5    played this game.  So as you can see here, Dwyer,

 6    I sold him three ultimate prostate.  He must

 7    triple up on that.  And then how much profit I

 8    made?  He's a tender ginger.  He needs a little

 9    extra.  Okay.  So is that really clear?

10                     Now, however you do your gauges,

11    however you keep track of how many people you

12    talk to about the product and the business,

13    however you keep track of how much volume points

14    you do, what your profit is, it really, really,

15    really important that you keep track of all of

16    this.  And we call it our gauges.

17                     And one thing that really made me feel

18    really accountable for what I said I wanted to do

19    was when we started to have to fax Mark Hughes

20    our gauges every Sunday night.  How many people

21    were on that program?  Remember the task force?

22                     We had a weekly deadline, and do you

23    think we did more business than we would have if

24    we weren't faxing those gauges in, right?  Okay.

25    So ask yourself who are you accountable to?  Find
```

Page 10

1    somebody that you want to commit to sharing those

2    gauges, give them permission to hold you

3    accountable for what you say you want to do.

4                    And I don't care what level you're at,

5    it's really -- you'll do way more than you would

6    have if you didn't have -- we call it an

7    accountability partner.  I know back then we

8    called these -- we had like lengths of time, the

9    12 weeks of task force.  And then because usually

10   you go in 90-day increments.

11                   If you go play all out for 90 days,

12   every single day, consistently every single day,

13   you will create some momentum in your business.

14   But so we called it the task force.  Yes, thank

15   you, Cindy.

16                   Now, I know that we've had over the

17   years different teams that we call the action

18   teams we've had.  I know Jerry Graham has the

19   CYPs Academy, the Change Your Pin.  Laura

20   Holloway started the Diamond Academy.  We're

21   starting our own next week called the Impact

22   Project.

23                   I mean, whatever you want to call it,

24   create a team of people that say they want to be

25   held accountable for what they say they want to

                                           Page 11

```
 1    do.  And then the next thing is duplication.  You
 2    want to -- we're building an organization of
 3    people who are marketing products consuming
 4    products, right, and building a business.  So you
 5    want to have a structure in place to spend your
 6    time wisely where you have whole groups of people
 7    that are learning exactly the same thing.
 8                    If you've got new members, they need to
 9    learn how to do a wellness profile or whatever
10    methodology you're doing, right?  So you need to
11    have that structure in place so that you can have
12    group trainings to teach them to do the skills
13    and the tasks that they need to do to build a
14    business.
15                    So the structure, having the structure
16    in place is really key.  So maybe for example you
17    have a healthy, active lifestyle activity, which
18    leads to a wellness profile, which leads to a
19    product sale and a product result, which may lead
20    to them becoming a member, some of those people,
21    which may lead to a quick start training, which
22    could lead eventually to a supervisor workshop,
23    which could lead to the STS, to the LDW, and then
24    to the extravaganza.  Right?
25                    And Mark always said if you're teaching
```

Page 12

```
 1    coin.  And I'm like wait a minute.  I think Joe
 2    Namath stole John Tartol's look.  What do you
 3    think?
 4                    By the way, did you see what he did?
 5    He was so out of it, Joe Namath, that he flipped
 6    the coin before the players had even called it.
 7    The referee had to grab it midair.  And then I
 8    saw a Tweet that said, Joe Namath comes out of
 9    retirement to throw one last interception.  It
10    was awesome.
11                    So the bottom line on money management
12    is the money in must exceed money out.  Right,
13    pretty simple?  But how many of us really sit
14    down and figure out how much money is coming in
15    and how much money is going out?  It will shock
16    you.
17                    So let's talk about money in.  Where is
18    our money coming from in Herbalife?  How do we
19    earn our money?  Retail sales, wholesale, royalty
20    overrides, production bonuses.  Maybe the Mark
21    Hughes bonus.  That's pretty much it, all based
22    on consumption of products, correct?
23                    So we know every month how much money
24    is coming in.  Or do you?  Do you really look at
25    that?  Because what's really important is how
```

Page 26

```
 1    much money is going out.  Let's talk about what

 2    some of the expenses are that you have to cover

 3    every month.

 4                        What are they?  Pardon me?  Training,

 5    rent, buying product to sell, to consumer sell.

 6    What else?  Office expenses, marketing tools,

 7    brochures.  Maybe some advertising costs.  Car,

 8    gas, right?  What else?  Insurance, STS tickets,

 9    extravaganza, LDW.  These are in the money out

10    category.

11                    And you really need to put together a

12    budget where you have all the things that you're

13    going to spend money on listed on the money out

14    category so that you know in advance if your

15    money in is going to cover that.  and if you can

16    see that your money coming in is not going to

17    cover it, guess what you need to do?

18                        You either cut down on expenses or

19    increase the income by going out and selling more

20    product, right?  I mean, it's pretty simple.  But

21    take the time to do it.  Because here's what

22    happens.  We get blowing and going, and we're

23    just making the money and selling the product and

24    we have no clue what's coming and going out.

25                        If you have to buy an STS ticket every
```

Page 27

```
 1   month, which you want to probably buy some for
 2   yourself in a pack so you can get a deal on them
 3   and sell it to other people, you need to have the
 4   business money coming in to be able to do that.
 5                      How many people it was tough to get
 6   here to Chicago?  I mean, you can be just as
 7   broke earning $10,000 a month as you can earning
 8   $1,000 a month if you're spending more than
 9   you're making.  That's the mistake that some
10   people make.  They don't want to talk to some
11   people about the businesses because they are
12   driving a hot car, they're making lots of money.
13                      Well, let me tell you, most people are
14   in debt up to their eyeballs and they're more
15   broke than you are making 2,500 a month.  So
16   money in must exceed money out.  Here is another
17   expense, income tax.  Federal and state, unless
18   you live in Florida, Texas, Las Vegas.
19                      But this is a big deal.  Here's my
20   little story about learning the hard way about
21   taxes.  And Mark Hughes always said pay your
22   taxes, pay your taxes.  When I started I'm
23   telling you.  I was so young and I had no clue.
24                      But I had had a job before but they
25   always withheld the taxes, right?  So your
```

Page 28

1                            The good news was that I had saved the

2    money and I had the money in the bank and I could

3    write a check for that amount.  But that was the

4    really good news.  I was working so hard I didn't

5    have time to spend it other than the two fur

6    coats, which were really important that I really

7    needed.

8                            I urge you to not only do it yourself

9    but teach your new people, remind them that there

10   is a tax obligation that they need.  And Mark

11   always was like pay your taxes, pay your taxes,

12   pay your taxes.  So set it aside every single

13   month so that you don't get caught up in the

14   situation.

15                           Because we saw it in Herbalife, okay?

16   These guys started making a bunch of money.  They

17   bought a big house, fancy cars, spending,

18   spending, spending and then 1985 hit, they

19   thought, well, it will just keep going like this

20   and that they would have the money for their

21   taxes.

22                           They didn't pay their taxes during the

23   year or set it aside.  By the time the year was

24   over, 1985 had hit.  The checks were going down,

25   and they didn't have the money to pay their

Page 30

```
 1    taxes.  They lost their car, their house, their

 2    everything.

 3                    This can happen, so while we're just

 4    knocking it out of the park here in your

 5    business, record quarters, be reminded that this

 6    doesn't -- your business will not go like this

 7    forever.  You'll have ups and downs like any

 8    other business.  I don't want to be the downer

 9    here, but I'm just being real with you.  And if

10    it does go up, even better.  Okay?

11                    Put a little aside every month for

12    savings.  I like to save a percentage of my

13    income every month.  Put it aside for savings.

14    You've got your tax and your savings.  I was

15    reading the newspaper on the way out here

16    yesterday.  Regrets, what, if any, of the

17    following steps do you wish you had taken to plan

18    and prepare for your senior years?

19                    Number one is saving more money,

20    numbers one.  That's a big deal.  You don't save,

21    you spend, spend, spend and you get to a certain

22    point and you think, man, I wasted so much money.

23    Did I really need two fur coats?

24                    Don't live beyond your means.  Debt is

25    a bad thing.  I mean, some debt you can use
```

Page 31

1    wisely, like a mortgage, a low-cost mortgage.

2    Right now it's great.  But don't go into debt to

3    buy things that you don't need.  If you have

4    credit card debt it's very expensive, that debt.

5    Pay it off first, get rid of credit card debt.

6                   Pay it off in full every single month.

7    Just make smart choices.  As you grow in the

8    marketing plan, some of you are part time.  Most

9    people that start in the business are part time.

10   And when do you want to tell them it's time to

11   quit their job?

12                   This is a big deal, and it's really

13   important.  I know Jerry Graham has got a formula

14   that he says -- oh, there's Jerry back there and

15   Kimberly, hello.  If you're making -- you should

16   make 1.5 times the money in Herbalife as you are

17   in your part-time job for at least a few months

18   before you quit your job.

19                   He has a formula where you should have

20   six months of savings for your expenses before

21   you quit your job.  A lot of people think yeah,

22   if I quit I can go full time and really tear it

23   up.  Well, how many people have had people in

24   their organization that maybe they quit their job

25   too soon?  Oh, look around, we all do.

Page 32

1                          So be very careful about that.  A lot

2      of times too people at their jobs, that's where

3      they get all their business.  Quit their job and

4      they don't know where to go to get new people.

5      So as you grow in the marketing plan, I just

6      really want to caution you against like what Jill

7      said, this false sense of arrival, getting to

8      president's team.

9                          Sometimes even then, you buy a house

10     that you shouldn't be buying.  You really have to

11     budget these things out.  Jim [UNINTEL], and this

12     is a lifelong practice, making smart choices

13     about your money.

14                         Expect the unexpected.  How many people

15     have ever had an unexpected expense?  Guaranteed

16     you're going to have unexpected expenses.  Your

17     car breaks down, flat tire, a medical situation.

18     Your parents need help.  You get a speeding

19     ticket or your kids get several speeding tickets.

20                         There's all kinds of things in life

21     that come along that you're not expecting and

22     that you haven't budgeted for.  So that's where

23     the savings come in.  If you don't have those

24     savings then you're really in trouble.  So expect

25     the unexpected.

Page 33

```
 1                    C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10        <%12151,Signature%>

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date: October 25, 2019

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

# EXHIBIT E

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12    Herbalife

13    2014 Chicago Extravaganza - Thurs AM

14    Carol Rosenau

15

16    4 HLF_006264_CONFIDENTIAL

17

18

19

20

21

22

23

24

                                         Page 1
```

1   product or program will promote weight loss

2   without dieting or exercise. No deal. A product

3   or program will promote substantial weight loss,

4   no matter how--what or how much the consumer

5   eats. No deal. A product or program will cause

6   permanent weight loss, even after the consumer

7   stops using the product. No deal. A product or

8   program will block the absorption of fat or

9   calories to enable consumers to lose substantial

10  weight. No deal. A product or program will allow

11  consumers to lose more than 2.5 pounds per week

12  safely.

13                    AUDIENCE: No deal.

14                    CAROL ROSENAU: A product or program

15  will cause substantial weight loss for all users.

16  Okay, come on, need a little more excitement. No

17  deal, okay. And a product will cause substantial

18  weight loss by wearing it on the body or rubbing

19  it into the skin.

20                    Whether that's a cream or Formula 1. No

21  deal. Okay... so next, we're going to talk about

22  income. Oh wait, does it go backwards? Is that

23  the red button?

24                    MIKE: I...

                                        Page 13

```
 1                    CAROL ROSENAU: Okay.

 2                    MIKE: Try--

 3                    CAROL ROSENAU: Okay. So just to mention

 4    quickly, you know, if you have before and after

 5    pictures, you have any images, same thing goes

 6    with that. So you always want to have your

 7    disclaimer to go with your pictures, because

 8    that's also representation of what happened.

 9    Deal?

10                    AUDIENCE: Deal.

11                    Deal. Okay. So income... so an income

12    claim is any express or implied statement about

13    your past, current, or future potential income,

14    and they must always be factually true and stated

15    in a manner that is not misleading, must be

16    supported... is this the right page? Okay,

17    supportable with written proof of the claims and

18    must always be accompanied by the approved income

19    disclaimer and current Statement of Average Gross

20    Compensation, like Mike talked about.

21                    So an example of an income testimonial

22    could be... now, if you have--if you're doing

23    your HOM, you're doing any of the things, you

24    know, you have your written disclaimer in your
```

Page 14

1    club, or in your HOMs, or wherever you're doing

2    that. But if you're in casual conversation with

3    somebody, then you want to also include the

4    shortened one.

5                     So, "I'm delighted to be earning an

6    additional part-time income of $1,000 per month.

7    Herbalife supervisors and above with the downline

8    earn about $5,000 per year from Herbalife. But at

9    Herbalife, your earnings are truly a reflection

10   of the time and effort you put into your

11   business."

12                    "I make over $20,000 per month in my

13   Herbalife business. Herbalife supervisors and

14   above with the downline earn about $5,000 per

15   year from Herbalife, but I worked really hard for

16   many years, and I am fortunate to be in the top

17   1% earners." Okay?

18                    So, the thing about it is that there's-

19   -that we can say what it is that we want to say,

20   we just have to make sure that we go by the

21   rules, and that we're in compliance. And this

22   guide that you're going to get will help you to

23   make sure that you can say what you want to say,

24   but that everything's in compliance.

```
 1                    Alright, now there's just a few other
 2      things... still with me?
 3                    AUDIENCE: Yeah.
 4                    CAROL ROSENAU: Deal?
 5                    AUDIENCE: Yeah.
 6                    CAROL ROSENAU: Alright, you're awesome.
 7      Alright, so a few other things... we can share--
 8      you know, aside from just the money, we can share
 9      some of the awesome things that Herbalife has
10      provided for us. So, things like... the impact
11      that it's had in your family. So, for instance,
12      you know, my Herbalife business gives me the
13      flexibility to spend more time with my family and
14      to participate in the activities at my child's
15      school, like supervising them on the field trips
16      and volunteering twice a week in the classroom.
17      So, there's lots of things that Herbalife
18      provides that make, you know, our lifestyle, that
19      we want to be able to share with people.
20                    But we want to--don't want to say
21      things to people like, you know, things that
22      would be misleading, or stuff like, you know,
23      "oh, it's just--it's all a number's game," or you
24      know, tell them that they don't have to work
```

Page 16

1    hard, or anything like that. Because building a

2    group of customers and training your downline

3    requires hard work and you always want to

4    emphasize that when you talk about the

5    opportunity. We all know that, yes? Because

6    you're all in this room. Yes.

7                    Okay, let's see... okay, so here's one

8    of my favorite parts. Home-based business claims.

9    So, we don't want to tell people in our--and you

10   being an independent business owner is rewarding,

11   but as with any successful business, it requires

12   hard work. So we don't want to tell people, you

13   know, you can have a business, you never have to

14   leave your house, because, you know, you will

15   have to leave your house, because you have to

16   talk to people, right? Right.

17                   Alright, so--but what we do want to

18   explain to people is that starting a Herbalife

19   business, you know, there's a lot of awesome

20   aspects to it. Like, there's minimal--like the

21   things that Mike talked about. There's minimal

22   startup cost for your Herbalife business. You

23   know, you can start your Herbalife business out

24   of your home without investing in expensive

Page 17

```
 1    office space or equipment. This is just one of
 2    the advantages of the income opportunity that you
 3    can share with prospective members.
 4                   And this one about the do's and don'ts-
 5    -okay, so you don't want to imply that it's a
 6    job. You don't want to imply, you know, it's
 7    employment, that it's help wanted, stuff like
 8    that. But here's what you can say, and this is my
 9    favorite part of the whole thing. I mean, listen
10    to this, I want to sign up all over again. So do
11    explain the benefits of starting an Herbalife
12    business to prospective members. You are your own
13    boss. Deal? Okay. You set your own schedule and
14    determine how much or how little you put into
15    your business.
16                   AUDIENCE: Deal.
17                   CAROL ROSENAU: There's no minimum
18    purchase and a low cost of entry.
19                   AUDIENCE: Deal.
20                   CAROL ROSENAU: A fully refundable 90-
21    day money back guarantee for the Herbalife member
22    pack.
23                   AUDIENCE: Deal.
24                   CAROL ROSENAU: 100% refund on all
```

Page 18

1                         C E R T I F I C A T I O N

2

3      I, Sonya Ledanski Hyde, certify that the

4      foregoing transcript is a true and accurate

5      record of the proceedings.

6

7

8

9

10        <%12151,Signature%>

11     Veritext Legal Solutions

12     330 Old Country Road

13     Suite 300

14     Mineola, NY 11501

15

16     Date: October 25, 2019

17

18

19

20

21

22

23

24

Page 21

# EXHIBIT F

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12    Herbalife
13    2017 San Antonio  Tuesday PM
14    Jilly Addy
15
16    17 1611020_2017_NAM_FPTR_San_Antonio_TUE_PM_PGM-06
17
18    18 1611020_2017_NAM_FPTR_San_Antonio_TUE_PM_PGM-07
19
20
21
22
23
24
                                                Page  1
```

1    at the HOMs and the marketing plan and just

2    talking with our compliance officers and team, we

3    cannot livestream or zoom HOMs or marketing plan,

4    okay?

5                    So, again, just so you -- breathe,

6    that's good, you know, we can do our HOMs or

7    marketing plans are totally fine in your live,

8    in-person meetings. Because you got your standard

9    Statement of Average Gross Compensation up there,

10   you got your disclaimers, and all that stuff is

11   handled. So, just keep coming to that local STS,

12   that local January kickoff, okay?

13                   So, let's get into what we can say at

14   these events, because I think you guys are going

15   to be pretty excited about it. And please don't

16   laugh, but I do need my glasses. Alright. Okay,

17   so each of those slides, I'm going to share with

18   you. You don't actually put these slides on the

19   screen. They're just for your host. So, it's just

20   for those -- that one person or two people that

21   are leading the HOM.

22                   Now, they're only going to read the

23   bold text that I show you up here. Okay? So,

24   we're going to do two President's Team stories

Page 37

1    and two Millionaire Team stories. Everyone clear?

2    Two President's Team, two Millionaire Team? All

3    of the testimonials that GET team and above,

4    we're going to just prepackage those.

5                    How many of you guys do that already?

6    Like, kind of prepackage these stories. You pull

7    these people aside and you preselect who's going

8    to do them? Most of us do that anyway at our STS,

9    but just to make sure everyone's doing it. If

10   someone is sharing a testimonial of GET team, MIL

11   team, PRES team, we're going to preselect those

12   people. It's kind of nice to know in advance too

13   before you're shocked and they bring you up to do

14   your story.

15                   Okay, good. So, everyone got the two

16   MIL team, two PRES team, we're going to preselect

17   our testimonials. Okay, next, so that's this

18   first slide. Next, obviously all of our incomes

19   have to be accurate. You guys are honest, good

20   people for us trying to do accurate testimonials.

21                   Next bullet: okay, so, if your income

22   exceeds $100,000, first of all, bravo, that's

23   awesome. The way we'd like -- or it's $8,333 per

24   month -- the way we'd like for you to explain

                                              Page 38

1   that or share that number is by saying you have a

2   high or substantial income. Good? High or

3   substantial if it exceeds $100,000. So, those are

4   the words we're going to use is high or

5   substantial.

6                  You can also state -- as it says on

7   here -- the number of years it took you to

8   achieve that, and that it took some work, and

9   clearly skill and dedication to build a firm

10  foundation of customers. Okay. So, now, 1% of

11  people -- Millionaire Team, I'd love for you to

12  get excited about this because you're in the 1%.

13                  (AUDIENCE cheers)

14                  JILLY ANDY: You thought it was PRES

15  team, right? You're the 1%. Congratulations.

16  Okay, so if we're a Millionaire Team or

17  President's Team, this is how we share our 1%

18  story. So, first, we're going to share about our

19  product results and amazing things that happened

20  for us. I'm going to give you an example in a

21  moment.

22                  Again, if your income -- because a lot

23  of you MIL team have really high incomes -- if

24  it's over $100,000, or $800 -- $8,333 per month,

Page 39

```
 1   you're going to say high or substantial. You're
 2   going to share the number of years it took, that
 3   you have a wonderful lifestyle that you're very
 4   grateful for, and then you're going to shift the
 5   conversation.
 6                        What we find in our STSs and in our
 7   HOMs is this is the part people get so excited
 8   about. They see the Millionaire Team, and they
 9   see the PRES team on stage, and they're just like
10   -- when they see these -- I mean, these people
11   represent an incredible income, which I'm going
12   to show you in a minute.
13                        And when they hear what that first $100
14   did you for, or that first $500, you guys are so
15   -- like, you just tug on their heartstrings. You
16   know, like, when I heard Chrissy Burnham saying
17   that that first $500 helped her pay for diapers.
18   You know, for me, that first $100 really helped
19   us get above water on our rent. Like, those
20   things are real for that audience, and when they
21   hear what they can do with that extra $100, extra
22   $200, massive difference, right, you guys?
23                        Okay, so that's what we'll share, as
24   far as our 1% testimonials. Are you guys trying
```

Page 40

```
 1                          (AUDIENCE cheers)

 2                          JILLY ANDY: Okay, good. Alright, you

 3    guys ready for the fun part?

 4                          AUDIENCE: Yes.

 5                          JILLY ANDY: Okay, so now, imagine

 6    you're the host. You're doing this amazing, in-

 7    person HOM. Okay? So, you're the host. This is

 8    how you introduce the other testimonials, okay?

 9    So, let's move it forward. "You have heard the

10    incredible results people are achieving on our

11    products. Herbalife is the #1 brand in the world

12    in meal replacement and protein supplements

13    combined.

14                          Along with the rest of our specially

15    formulated, science-based Herbalife products

16    comes an amazing opportunity to earn income."

17    Okay, here's how we do the testimonials. I'm

18    going to read you the purple part, okay? So,

19    you're now bringing up distributor through

20    Supervisor. Everyone ready? You're ready to bring

21    the [UNINTEL] up. Okay.

22                          "There are people from different levels

23    of the company in the room. To help you

24    understand what you may expect to earn as you
```

Page 43

```
 1    build your business, we'll introduce each level

 2    and share earnings information. The wonderful

 3    thing at Herbalife is that once you achieve a

 4    level, you will always retain that recognition.

 5                    These earnings take into account

 6    wholesale profit, royalty overrides, and bonuses,

 7    but do not include retail profits and expenses,"

 8    which is great. Okay, so, "we want you to have

 9    reasonable expectations about running a business

10    and what you can expect to earn as you start your

11    Herbalife business. Most people join because they

12    love the products and want to sell them to make

13    extra income.

14                    Some distributors sponsor others and

15    typically make $300 per year from sales by people

16    they sponsor. Distributors also earn from retail

17    sales, and it varies greatly depending on how

18    many customers they have. Others can join and

19    build a larger organization, and you'll hear from

20    some of them today."

21                    So, from there, this is when you have

22    all -- so, now it says -- this is new for me too.

23    Okay, so, "now we're going to introduce people at

24    the distributor to Supervisor level. This group
```

Page 44

```
 1    is building their business, making retail sales

 2    from customers and some of them are starting

 3    build a team. In 2015," you guys, this is pretty

 4    solid. "The earnings from this group of

 5    distributors ranged from zero to $6,540." Have

 6    you been able to share that before?

 7                        AUDIENCE: No.

 8                        JILLY ANDY: Nope. This is new. How

 9    awesome is that?

10                        (AUDIENCE cheers)

11                        JILLY ANDY: $6,000? Come on. Extra? For

12    distributor to Supervisor? So, if you are a

13    distributor, Senior Consultant, qualified

14    producer, please stand, come up on the stage.

15                        (background music plays)

16                        So, your choice, depending on this --

17    yeah. Okay, so, depending on the size of your

18    STS, you know, you might have a massive line.

19    What kind of proof does that bring to the new

20    person in the room? Like, "oh my goodness, all of

21    these people are making that kind of income? Or

22    somewhere in that range? That's fantastic."

23                        So, you would all be saying like, "why

24    do we have to say the zero?" Because the truth is
```

Page 45

```
 1                         C E R T I F I C A T I O N

 2

 3     I, Sonya Ledanski Hyde, certify that the

 4     foregoing transcript is a true and accurate

 5     record of the proceedings.

 6

 7

 8

 9

10        <%12151,Signature%>

11     Veritext Legal Solutions

12     330 Old Country Road

13     Suite 300

14     Mineola, NY 11501

15

16     Date: October 25, 2019

17

18

19

20

21

22

23

24
```

Page 55