Paul A. Levin (State Bar No. 229077)
  plevin@themrlg.com
MORTGAGE RECOVERY LAW GROUP LLP
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900 / Fax: (818) 630-7920

Etan Mark (admitted *pro hac*)
  etan@markmigdal.com
Donald J. Hayden (admitted *pro hac*)
  don@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

Attorneys for Plaintiffs

Mark T. Drooks – State Bar No. 123561
  mdrooks@birdmarella.com
Paul S. Chan – State Bar No. 183406
  pchan@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
Jonathan M. Jackson – State Bar No. 257554
  jjackson@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100 / Fax: (310) 201-2110

Attorneys for Defendant Herbalife
International of America, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, | CASE NO. 2:18-cv-07480-JAK (MRWx) |
| Plaintiffs, | [Related Case 2:13-cv-02488-BRO-RZ] |
| vs. | **JOINT REPORT PURSUANT TO FEBRUARY 26, 2020 ORDER** |
| HERBALIFE LTD., *et al.*, | |
| Defendants. | Assigned to Hon. John A. Kronstadt, Courtroom 10B |

Pursuant to the Court's Order of February 26, 2020 (Dkt. 261), Defendant Herbalife International of America, Inc. ("Herbalife") and Plaintiffs Patricia Rodgers, Jeff Rodgers, Izaar Valdez, and Jennifer Ribalta ("Plaintiffs"), by and through their respective counsel of record, hereby submit the following Joint Report regarding what dates should be adopted for future pre-trial proceedings in this matter following the issuance of the orders on both Herbalife's Motion to Dismiss ("Herbalife's Motion" (Dkt. 208)) and Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion" (Dkt. 207)).

The parties have met and conferred regarding the case schedule following the issuance of the Court's orders on both Herbalife's Motion and Plaintiffs' Motion. The parties have agreed that the deadlines in the operative Scheduling Order (Dkt. 260) should be extended for a set period of time after the Court has issued a ruling on both motions. The parties disagree only as to the length of this extension.

Herbalife proposes that the first deadline in the operative Scheduling Order (for initial expert disclosures) be extended until 30 days after the Court has issued an order on both Herbalife's Motion and Plaintiffs' Motion, and that each of the remaining dates in the operative Scheduling Order likewise be extended for a commensurate period of time. Plaintiffs propose that the first deadline in the operative Scheduling Order (for initial expert disclosures) be extended until 60 days after the Court has issued an order on both Herbalife's Motion and Plaintiffs' Motion, and that each of the remaining dates in the operative Scheduling Order likewise be extended for a commensurate period of time.

In either case, the parties have agreed that they will meet and confer after the Court issues its rulings on both Herbalife's Motion and Plaintiffs' Motion to determine whether, in light of the substance of the Court's rulings on the pending motions, they believe that further amendments to the schedule are warranted.

The parties' proposed schedules are set for the below.

| Event | Current Date | Herbalife's Proposal | Plaintiffs' Proposal |
|---|---|---|---|
| Hearing on motion to dismiss and motion for class certification | February 24, 2020, at 8:30 a.m. | Unchanged | |
| Initial Expert Disclosures | March 13, 2020 | **30 days** after the Court has issued an order on both Herbalife's Motion and Plaintiffs' Motion | **60 days** after the Court has issued an order on both Herbalife's Motion[1] and Plaintiffs' Motion |
| Rebuttal Expert Disclosures | March 27, 2020 | 14 days after Initial Expert Disclosures deadline | |
| Expert Discovery Cut-Off | April 13, 2020 | 31 days after Initial Expert Disclosures deadline | |
| Last day to File All Motions (including discovery motions) | March 23, 2020 | 10 days after Initial Expert Disclosures deadline | |
| Last day to participate in a settlement conference / mediation | April 14, 2020 | 32 days after Initial Expert Disclosures deadline | |
| Last day to file notice of settlement / joint report re settlement | April 17, 2020 | 35 days after Initial Expert Disclosures deadline | |
| Post Mediation Status Conference | April 27, 2020 at 11:30 a.m. | 45 days after Initial Expert Disclosures deadline, at 11:30 a.m. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiffs reserve the right to seek additional fact discovery upon receipt of Herbalife's Answer and Affirmative Defenses.

*Local Rule 5-4.3.4(a)(2)(i) Compliance:* Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.

DATED: March 5, 2020

        Mark Migdal & Hayden

        By:    */s/ Etan Mark*
                Etan Mark
        Attorneys for Plaintiffs Jeff Rodgers, Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez

DATED: March 5, 2020

        Mark T. Drooks
        Paul S. Chan
        Gopi K. Panchapakesan
        Jonathan M. Jackson
        Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

        By:    */s/ Jonathan M. Jackson*
                Jonathan M. Jackson
        Attorneys for Defendant Herbalife International of America, Inc.