FILED
CLERK, U.S. DISTRICT COURT
6/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE LTD., *et al.*, <br><br> Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx) <br><br> [Related Case 2:13-cv-02488-BRO-RZ] <br><br> **ORDER RE PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER (DKT. 275)** |

Based on a review of Plaintiffs' *Ex Parte* Application to Modify Scheduling Order (the "Application" (Dkt. 275)) and related filings, sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED**, and the Scheduling Order (Dkt. 266) is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Last day to participate in a settlement conference/mediation | August 15, 2020 | Unchanged |
| Last day to file notice of settlement / joint report re settlement | August 20, 2020 | Unchanged |
| Post Mediation Status Conference | August 31, 2020 at 11:30 a.m. | Unchanged |
| Initial Expert Disclosures | July 16, 2020 | September 16, 2020 |
| Rebuttal Expert Disclosures | July 30, 2020 | September 30, 2020 |
| Expert Discovery Cut-Off | August 13, 2020 | October 14, 2020 |
| Last Day to file All Motions *(including discovery motions)* | July 27, 2020 | October 21, 2020 |

**IT IS SO ORDERED.**

Dated:  June 23, 2020  _____
                                              John A. Kronstadt
                                              United States District Judge