PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE LTD., *et al.*, <br><br> Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx) <br> [Related Case 2:13-cv-02488-BRO-RZ] <br><br> **JOINT REPORT ON SETTLEMENT** <br><br><br> Assigned to Hon. John A. Kronstadt, Courtroom 10B |

JOINT REPORT ON SETTLEMENT

Plaintiffs Patricia Rodgers, Izaar Valdez, and Jennifer Ribalta (collectively referred to as "Plaintiffs") and Defendant Herbalife International of America, Inc. ("Herbalife"), hereby submit the following Joint Report on Settlement Talks, and state the following:

1. On August 17, 2020, Plaintiffs and Herbalife attended mediation with the Honorable Suzanne Segal.

2. Efforts were made to resolve both the above-captioned action and the related action of *Rodgers et al. v. Mark Addy, et al.,* pending in the United States District Court for the Southern District of Florida, Case No. 17-CV-23429-MGC. The Florida Defendants did not participate in the mediation.

3. The parties reached an impasse.

| | | |
|---|---|---|
| 1 | DATED: August 19, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | Etan Mark<br>Mark Migdal & Hayden |
| 4 | | By:  */s/ Etan Mark* |
| 5 | | |
| 6 | | Attorneys for Plaintiffs Jeff Rodgers, Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez |
| 7 | | |
| 8 | | |
| 9 | DATED: August 19, 2020 | Mark T. Drooks<br>Paul S. Chan<br>Gopi K. Panchapakesan<br>Jonathan M. Jackson<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lucenberg & Rhow, P.C. |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By:  */s/ Jonathan Jackson* |
| 15 | | |
| 16 | | Attorneys for Defendant Herbalife International of America, Inc. |

# SERVICE LIST

Mark T. Drooks, Esq.
mdrooks@birdmarella.com
Paul S. Chan, Esq.
pchan@birdmarella.com
Gopi K. Panchapakesan, Esq.
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for and Herbalife International of America, Inc.*

Michael S. Catlett, Esq.
michael.catlett@quarles.com
Edward A. Salanga, Esq.
edward.salanga@quarles.com
Kevin D. Quigley, Esq.
kevin.quigley@quarles.com
Brian A. Howie, Esq.
brian.howie@quarles.com
Zachary Scott Foster, Esq.
zachary.foster@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004−2391
Telephone: (606) 229−5200

*Attorneys for Florida Defendants*