# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV18-7480 JAK (MRWx) | Date | November 5, 2020 |
| Title | Michael Lavigne v. Herbalife | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | MS Teams 11/5/2020 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Etan Mark | Jonathan Jackson |
| Jason Jones | Gopi Panchapakesan |
| Niki Namazi | |

**Proceedings:** **ORDER RE: MOTION**

The Court hears oral argument from counsel. The parties are ordered to submit supplemental briefs (not to exceed 10 pages) by November 20, 2020. After receipt of briefs, the Court will take the matter under submission unless it determines a hearing is necessary.

| | 1 : 40 |
|---|---|
| Initials of Preparer | vp |