PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE LTD., *et al.*, <br><br> Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx) <br><br> [Related Case 2:13-cv-02488-BRO-RZ] <br><br> **PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> Assigned to Hon. John A. Kronstadt, Courtroom 10B |

**APPLICATION TO FILE UNDER SEAL**

Pursuant to Local Rule 79-5, Plaintiffs PATRICIA RODGERS, JEFF RODGERS, IZAAR VALDEZ, and JENNIFER RIBALTA ("Plaintiffs") hereby applies for leave of Court to file Exhibit 3 to Plaintiffs' Supplemental Memorandum Re: Plaintiffs' Motion to Compel Discovery [ECF No. 290] under seal. Exhibit 3 is a July 13, 2016 correspondence regarding an "Extravaganza Committee Call" bearing bates stamp HLF_023335 – HLF_023336. Plaintiffs do not believe the document is Confidential in any respect.

Counsel for the parties in this matter were informed of Plaintiffs' intent to seek leave to file Exhibit 3 under seal. *See* Declaration of Yaniv Adar In Support of Application for Leave to File Under Seal, filed concurrently herewith.

Plaintiffs respectfully request that the Court grant the Application to File Under Seal Exhibit 3 to Plaintiffs' Supplemental Memorandum Re: Plaintiffs' Motion to Compel Discovery.

Executed this 30th day of November, 2020 at Miami, Florida.

DATED: November 30, 2020   Respectfully submitted,

Mark Migdal & Hayden

By:   */s/ Yaniv Adar*
   Yaniv Adar
   Attorneys for Plaintiffs Patricia Rodgers,
   Jennifer Ribalta, and Izaar Valdez

# SERVICE LIST

Mark T. Drooks, Esq.
mdrooks@birdmarella.com
Paul S. Chan, Esq.
pchan@birdmarella.com
Gopi K. Panchapakesan, Esq.
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for and Herbalife International of America, Inc.*

Michael S. Catlett, Esq.
michael.catlett@quarles.com
Edward A. Salanga, Esq.
edward.salanga@quarles.com
Kevin D. Quigley, Esq.
kevin.quigley@quarles.com
Brian A. Howie, Esq.
brian.howie@quarles.com
Zachary Scott Foster, Esq.
zachary.foster@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004−2391
Telephone: (606) 229−5200

*Attorneys for Florida Defendants*