PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>             Plaintiffs,<br><br>      vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>             Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>[Related Case 2:13-cv-02488-BRO-RZ]<br><br>**PLAINTIFFS' DECLARATION OF YANIV ADAR IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Assigned to Hon. John A. Kronstadt, Courtroom 10B |

DECLARATION OF YANIV ADAR

# DECLARATION OF YANIV ADAR

I, Yaniv Adar declare as follows:

1. I am a partner in the law firm of Mark Migdal & Hayden and I am admitted to practice before this Court. I am counsel of record for Plaintiffs PATRICIA RODGERS, JENNIFER RIBALTA, and IZAAR VALDEZ (collectively referred to as "Plaintiffs"). If called as a witness, I could and would testify competently to the information set forth herein.

2. On November 17, 2020, I emailed counsel for Herbalife to inquire if it was standing on its confidentiality designations with respect to a single document.

3. Counsel for Herbalife requested that the document at issue be lodged under seal.

4. Plaintiffs disagree with Defendant's counsel as to the confidentiality of those documents.

I declare under penalty of perjury under the laws of the United States that t the foregoing is true and correct.

Executed this 30th day of November, 2020 at Miami, Florida.

DATED: November 30, 2020        Respectfully submitted,

                                Mark Migdal & Hayden

                                By:  /s/ Yaniv Adar
                                     Yaniv Adar
                                     Attorneys for Plaintiffs Patricia Rodgers,
                                     Jennifer Ribalta, and Izaar Valdez

1
DECLARATION OF YANIV ADAR

# SERVICE LIST

Mark T. Drooks, Esq.
mdrooks@birdmarella.com
Paul S. Chan, Esq.
pchan@birdmarella.com
Gopi K. Panchapakesan, Esq.
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for and Herbalife International of America, Inc.*

Michael S. Catlett, Esq.
michael.catlett@quarles.com
Edward A. Salanga, Esq.
edward.salanga@quarles.com
Kevin D. Quigley, Esq.
kevin.quigley@quarles.com
Brian A. Howie, Esq.
brian.howie@quarles.com
Zachary Scott Foster, Esq.
zachary.foster@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004−2391
Telephone: (606) 229−5200

*Attorneys for Florida Defendants*