PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:    plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
YANIV ADAR (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:    etan@markmigdal.com
          don@markmigdal.com
          yaniv@markmigdal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, | CASE NO. 2:18-cv-07480-JAK (MRWx) |
| Plaintiffs, | [Related Case 2:13-cv-02488-BRO-RZ] |
| vs. | **JOINT STIPULATION FOR RESCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF NON-DISPOSITIVE RULINGS** |
| HERBALIFE LTD., *et al.*, | |
| Defendants. | *[Filed concurrently with [Proposed] Order]* |
| | Assigned to Hon. John A. Kronstadt, Courtroom 10B |

3715780.1

Pursuant to Local Rule 7.1, Defendant Herbalife International of America, Inc. ("Herbalife"), and Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309) is currently set for hearing on May 10, 2021, at 8:30 a.m.;

WHEREAS, the parties have several motions scheduled to be heard on June 7, 2021, namely Herbalife's Motion for Summary Judgment (Dkt. No. 322) and the parties' *Daubert* motions (Dkt. Nos. 323, 324, 325, 326, 327, 328, 329, 330);

WHEREAS, the parties are currently seeking to schedule a second mediation in this matter in advance of the June 7, 2021 hearings and would like to minimize costs and fees incurred in advance of that mediation;

WHEREAS, upon meeting and conferring, the parties agree and respectfully request the hearing on Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309) be reset to June 7, 2021, or the Court's next available hearing date.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(1) The parties jointly request that the Court continue the hearing on Plaintiffs' Motion for Review of Non-Dispositive Rulings to June 7, 2021, or the Court's next available hearing date.

**Local Rule 5-4.3.4(a)(2)(i) Compliance**: Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.

DATED:  April 29, 2021

Mark Migdal & Hayden

By:   */s/ Etan Mark*
Etan Mark
Attorneys for Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez

| | | |
|---|---|---|
| 1 | DATED:  April 29, 2021 | Mark T. Drooks |
| 2 | | Paul S. Chan |
| | | Gopi K. Panchapakesan |
| 3 | | Jon M. Jackson |
| 4 | | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By:  */s/ Paul S. Chan*
            Paul S. Chan
     Attorneys for Herbalife International of America, Inc.

3715780.1

3

JOINT STIPULATION FOR RESCHEDULING HEARING ON
PLAINTIFFS' MOTION FOR REVIEW OF NON-DISPOSITIVE RULINGS