PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
YANIV ADAR (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com
           yaniv@markmigdal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>  Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>[Related Case 2:13-cv-02488-BRO-RZ]<br><br>**NOTICE OF LODGING OF RECENT AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Assigned to Hon. John A. Kronstadt<br>Courtroom 10B |

TO THE COURT AND ALL THR PARTIES AND COUNSEL OR RECORD:

  Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez lodge this Notice of Recent Authority in support of Plaintiffs' Motion for Class Certification (ECF No. 207). Attached as **Exhibit A** is a copy of *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, 19-56514, 2021 WL 3355496, at *1 (9th Cir. Aug. 3, 2021) (the "Vacatur Decision"), vacating the decision in *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, No. 19-56514, 2021 WL 1257845 (9th Cir. Ap. 6, 2021) (the "Vacated Decision"). Defendant Herbalife International of America, Inc. ("Herbalife") previously lodged a Notice of Recent Authority (ECF No. 351) claiming the Vacated Decision "forecloses class certification in this case for two reasons." ECF No. 351 at p. 2. As noted by the Vacatur Decision, the Vacated Decision no longer supports Herbalife's position.

DATED:  August 19, 2021  Mark Migdal & Hayden

           By: */s/ Etan Mark*
             Etan Mark, Esq.
             Attorneys for Plaintiffs Patricia Rodgers,
             Jennifer Ribalta, and Izaar Valdez