PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
YANIV ADAR (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com
           yaniv@markmigdal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>[Related Case 2:13-cv-02488-BRO-RZ]<br><br>**JOINT STIPULATION FOR RESCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF NON-DISPOSITIVE RULINGS, HERBALIFE'S MOTION FOR SUMMARY JUDGMENT, AND THE PARTIES' DAUBERT MOTIONS**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Assigned to Hon. John A. Kronstadt, Courtroom 10B |

3715780.1

JOINT STIPULATION FOR RESCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW,
HERBALIFE'S MOTION FOR SUMMARY JUDGMENT, AND THE PARTIES' DAUBERT MOTIONS

Pursuant to Local Rule 7.1, Defendant Herbalife International of America, Inc. ("Herbalife"), and Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the parties have several motions scheduled to be heard on September 13, 2021, namely Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309), Herbalife's Motion for Summary Judgment (Dkt. No. 322), and the parties' *Daubert* motions (Dkt. Nos. 323, 324, 325, 326, 327, 328, 329, 330) (the "Outstanding Motions");

WHEREAS, Plaintiffs' lead counsel, Etan Mark, is currently in trial in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in *Clark Construction Group, LLC v. The City of Miami Beach, Florida* (Case No. 2020-002129-CA-01), is scheduled to be in trial on September 13, 2021, and is expected to be in trial through and including October 22, 2021.

WHEREAS, upon meeting and conferring, Herbalife has agreed to accommodate Mr. Mark's trial schedule and the parties respectfully request that the hearings on the Outstanding Motions be reset to November 1, 2021, or the Court's next available hearing date;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(1) The parties jointly request that the Court continue the hearings on Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309), Herbalife's Motion for Summary Judgment (Dkt. No. 322), and the parties' *Daubert* motions (Dkt. Nos. 323, 324, 325, 326, 327, 328, 329, 330) to November 1, 2021, or the Court's next available hearing date;

(2) Alternatively, the parties jointly request that the Court set a status conference, at its convenience, to discuss rescheduling the hearing date(s) on the Outstanding Motions and other case scheduling matters.

**Local Rule 5-4.3.4(a)(2)(i) Compliance**: Filer attests that all other signatories

listed concur in the filing's content and have authorized this filing.

DATED: September 8, 2021

                                                 Mark Migdal & Hayden

                                          By: */s/ Etan Mark*
                                                 Etan Mark
                                                 Attorneys for Plaintiffs Patricia Rodgers,
                                                 Jennifer Ribalta, and Izaar Valdez

DATED: September 8, 2021      Mark T. Drooks
                                               Paul S. Chan
                                             Gopi K. Panchapakesan
                                             Jon M. Jackson
                                             Bird, Marella, Boxer, Wolpert, Nessim,
                                             Drooks, Lincenberg & Rhow, P.C.

                                             By: */s/ Paul Chan*
                                                 Paul S. Chan
                                                 Attorneys for Defendant Herbalife
                                                 International of America, Inc.