# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>HERBALIFE LTD., *et al.*,<br><br>  Defendants. | No. 2:18-cv-07480-JAK (MRWx)<br><br>**ORDER RE JOINT STIPULATION FOR RESCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF NON-DISPOSITIVE RULINGS, HERBALIFE'S MOTION FOR SUMMARY JUDGMENT, AND THE PARTIES' DAUBERT MOTIONS (DKT. 363)** |

Based on a review of the Joint Stipulation for Rescheduling of Hearing on Plaintiffs' Motion for Review of Non-Dispositive Rulings, Herbalife's Motion for Summary Judgment, and the Parties' Daubert Motions (the "Stipulation" (Dkt. 363)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The September 13, 2021 hearings on Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. 309), Herbalife's Motion for Summary Judgment (Dkt. 322), and the parties' *Daubert* motions (Dkts. 323, 324, 325, 326, 327, 328, 329, 330) are continued to November 1, 2021.

**IT IS SO ORDERED.**

Dated:  September 9, 2021

_____

John A. Kronstadt
United States District Judge