Paul A. Levin (State Bar No. 229077)
  plevin@themrlg.com
MORTGAGE RECOVERY LAW GROUP LLP
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900 / Fax: (818) 630-7920

Etan Mark (admitted *pro hac*)
  etan@markmigdal.com
Donald J. Hayden (admitted *pro hac*)
  don@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

Attorneys for Plaintiffs

Mark T. Drooks – State Bar No. 123561
  mdrooks@birdmarella.com
Paul S. Chan – State Bar No. 183406
  pchan@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
Jonathan M. Jackson – State Bar No. 257554
  jjackson@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100 / Fax: (310) 201-2110

Attorneys for Defendant Herbalife International
of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*, <br><br>            Plaintiffs, <br><br> vs. <br><br> HERBALIFE LTD., *et al.*, <br><br>            Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx) <br> [Related Case 2:13-cv-02488-BRO-RZ] <br><br> **JOINT STIPULATION FOR RESCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF NON-DISPOSITIVE RULINGS, HERBALIFE'S MOTION FOR SUMMARY JUDGMENT, THE PARTIES' DAUBERT MOTIONS, AND PLAINTIFFS' MOTION TO STRIKE** <br><br> Assigned to Hon. John A. Kronstadt, Courtroom 10B |

3760118.2

JOINT STIPULATION FOR RESCHEDULING OF HEARING

1        Pursuant to Local Rule 7.1, Defendant Herbalife International of America, Inc. ("Herbalife"), and Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

       WHEREAS, the parties have several motions scheduled to be heard on November 15, 2021, namely Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309), Herbalife's Motion for Summary Judgment (Dkt. No. 322), the parties' *Daubert* motions (Dkt. Nos. 323, 324, 325, 326, 327, 328, 329, 330), and Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Dkt. No. 359) (the "Outstanding Motions");

       WHEREAS, the Court previously continued the November 1, 2021 hearing on the Outstanding Motions to November 15, 2021, pursuant to the parties' stipulation (Dkt. No. 373) and in light of the parties' settlement discussions facilitated by Hon. S. James Otero (Ret.);

       WHEREAS, the parties' ensuing settlement discussions with Judge Otero were productive and the parties are continuing discussions to potentially resolve this matter;

       WHEREAS, to allow the parties to focus on these settlement discussions, the parties respectfully request that the November 15, 2021 hearing on the Outstanding Motions be continued to December 13, 2021, or the Court's next available hearing date.

       IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

       The parties jointly request that the Court continue the hearing on Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309), Herbalife's Motion for Summary Judgment (Dkt. No. 322), the parties' *Daubert* motions (Dkt. Nos. 323, 324, 325, 326, 327, 328, 329, 330), and Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Dkt. No. 359) to December 13, 2021, or the Court's next available hearing date.

*Local Rule 5-4.3.4(a)(2)(i) Compliance:* Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.

DATED: November 9, 2021   Mark Migdal & Hayden

By: */s/ Etan Mark*
      Etan Mark
      Attorneys for Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez

DATED: November 9, 2021   Mark T. Drooks
Paul S. Chan
Gopi K. Panchapakesan
Jon M. Jackson
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ Paul Chan*
      Paul S. Chan
      Attorneys for Defendant Herbalife International of America, Inc.