**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HERBALIFE LTD., *et al.*,<br><br>Defendants. | No. 2:18-cv-07480-JAK (MRWx)<br><br>**ORDER RE JOINT STIPULATION FOR RESCHEDULING OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF NON-DISPOSITIVE RULINGS, HERBALIFE'S MOTION FOR SUMMARY JUDGMENT, THE PARTIES' DAUBERT MOTIONS, AND PLAINTIFFS' MOTION TO STRIKE (DKT. 374)** |

Based on a review of the Joint Stipulation for Rescheduling of Hearing on Plaintiffs' Motion for Review of Non-Dispositive Rulings, Herbalife's Motion for Summary Judgment, the Parties' *Daubert* Motions, and Plaintiffs' Motion to Strike (the "Stipulation" (Dkt. 374)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The hearings on Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. 309), Herbalife's Motion for Summary Judgment (Dkt. 322), the parties' *Daubert* motions (Dkts. 323, 324, 325, 326, 327, 328, 329, 330), and Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Dkt. 359) are continued from November 15, 2021, to January 10, 2022.

**IT IS SO ORDERED.**

DATED: November 10, 2021

_____
John A. Kronstadt
United States District Judge