Paul A. Levin (State Bar No. 229077)
   plevin@themrlg.com
MORTGAGE RECOVERY LAW GROUP LLP
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900 / Fax: (818) 630-7920

Etan Mark *(admitted pro hac vice)*
   etan@markmigdal.com
Donald J. Hayden *(admitted pro hac vice)*
   don@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

Attorneys for Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez

Mark T. Drooks – State Bar No. 123561
   mdrooks@birdmarella.com
Paul S. Chan – State Bar No. 183406
   pchan@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
   gpanchapakesan@birdmarella.com
Jonathan M. Jackson – State Bar No. 257554
   jjackson@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100 / Fax: (310) 201-2110

Attorneys for Defendant Herbalife International of America, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>    Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br>[Related Case 2:13-cv-02488-BRO-RZ]<br><br>**JOINT REPORT RE: STATUS OF SETTLEMENT**<br><br>Assigned to Hon. John A. Kronstadt, Courtroom 10B |

3777500.1

**JOINT REPORT RE: STATUS OF SETTLEMENT**

Pursuant to the Court's December 22, 2021 Order (Dkt. 377), Defendant Herbalife International of America, Inc. ("Herbalife"), and Plaintiffs Patricia Rodgers, Jennifer Ribalta, and Izaar Valdez ("Plaintiffs"), by and through their respective counsel of record, submit the following joint report as to the status of settlement.

As the parties noted in their December 21, 2022 Joint Stipulation to continue certain hearing dates, the parties have reached a settlement in principle. The parties continue to work on a stipulation of settlement and motion for preliminary approval of a class action settlement of this action. The parties anticipate that they will be prepared to make these submissions to the Court by April 2022.

The parties have several motions scheduled to be heard on March 14, 2022, namely Plaintiffs' Motion for Review of Non-Dispositive Rulings (Dkt. No. 309), Herbalife's Motion for Summary Judgment (Dkt. No. 322), the parties' *Daubert* motions (Dkt. Nos. 323, 324, 325, 326, 327, 328, 329, 330), and Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Dkt. No. 359) (the "Outstanding Motions").

To allow the parties time to submit a stipulation of settlement and motion for preliminary approval, the parties respectfully request that the March 14, 2022 hearing on the Outstanding Motions be continued to April 25, 2022, or the Court's next available hearing date.

*Local Rule 5-4.3.4(a)(2)(i) Compliance: Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

DATED: March 3, 2022          Respectfully submitted,

Mark T. Drooks
Paul S. Chan
Gopi K. Panchapakesan
Jonathan M. Jackson
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:  */s/ Paul S. Chan*
          Paul S. Chan
     Attorneys for Defendant Herbalife
     International of America, Inc.

DATED: March 3, 2022          Mortgage Recovery Law Group LLP


By:  */s/ Paul A. Levin*
          Paul A. Levin
     Attorneys for Plaintiffs Patricia Rodgers,
     Jennifer Ribalta, and Izaar Valdez

DATED: March 3, 2022          Etan Mark
                              Donald J. Hayden
                              Mark Migdal & Hayden


By:  */s/ Etan Mark*
          Etan Mark
     Attorneys for Plaintiffs Patricia Rodgers,
     Jennifer Ribalta, and Izaar Valdez

3777500.1

3

JOINT REPORT RE: STATUS OF SETTLEMENT