UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-07480-JAK-MRW | Date | October 24, 2022 |
| Title | Michael Lavigne et al v. Herbalife, LTD et al | | |

**Present: The Honorable**  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Holidae Crawford | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Etan Mark | Gopi K Panchapakesan |
| | Paul S Chan |

**Proceedings:** **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 384) AND MOTION FOR ATTORNEY FEES REIMBURSEMENT OF EXPENSES AND SERVICE AWARDS (DKT. 392)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part Plaintiff's Motion for Preliminary Approval of Class Action Settlement (the "Motion" (Dkt. 384)). They include that the incentive awards should be approved within a range of $20,000-$30,000 each for Patricia Rodgers and Jennifer Ribalta, and within a range of $12,000-$18,000 for Izaar Valdez, and that the attorney's fees should be approved within a range of $3.125 million-$4 million, with the final amount to be determined at the time of the motion for final approval. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

: 30

Initials of Preparer   hc