1

2

3

4

**PAUL A. LEVIN (State Bar No. 229077)**
**MORTGAGE RECOVERY LAW GROUP LLP**
**550 North Brand Boulevard, Suite 1100**
**Glendale, California 91203**
**TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920**
**EMAIL:     plevin@themrlg.com**

5

6

7

8

9

10

11

12

**ETAN MARK (admitted *pro hac*)**
**DONALD J. HAYDEN (admitted *pro hac*)**
**YANIV ADAR (admitted *pro hac*)**
**MARK MIGDAL & HAYDEN**
**80 SW 8th Street, Suite 1999**
**Miami, Florida 33130**
**TELEPHONE: (305) 374-0440**
**EMAIL:     etan@markmigdal.com**
**              don@markmigdal.com**
**              yaniv@markmigdal.com**

13

**Attorneys for Plaintiffs**

14

15

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

17

18

19

20

21

22

23

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>              Plaintiffs,<br><br>     vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>              Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>[Related Case 2:13-cv-02488-BRO-RZ]<br><br>**JOINT REQUEST FOR DECISION ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[Local Rule 83-9.2]** |

24

25

26

27

28

## JOINT REQUEST PURSUANT TO LOCAL RULE 83-9.2

As required by Local Rule 83-9.2, counsel of record for Plaintiffs and Defendant hereby submit the following joint request that a decision be made in the above-captioned matter:

WHEREAS, pursuant to Local Rule 83-9.2, if the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, "file with the Court a joint request that such decision be made without further delay";

WHEREAS, this Court took the motion for preliminary approval of class action settlement (DKT. 384) and motion for attorney fees reimbursement of expenses and service awards (DKT. 392), filed by the Plaintiffs, under submission on October 24, 2022;

WHEREAS, this Court indicated that its tentative view was to grant in part Plaintiffs' motion for preliminary approval (Dkt. 393); and

WHEREAS, the Court has not yet rendered and filed its decision on the two aforementioned motions.

NOW, THEREFORE, pursuant to Local Rule 83-9.2, all counsel hereby request that the Court render and file a decision on motion for preliminary approval of class action settlement (DKT. 384) in the above captioned matter.

DATED:  February 28, 2023          Mark Migdal & Hayden


By:  */s/ Etan Mark*

Etan Mark
Attorneys for Plaintiffs Patricia Rodgers,
Jennifer Ribalta, and Izaar Valdez

DATED:  February 28, 2023

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ Gopi P. Panchapaksan*

Gopi P. Panchapakesan
Attorneys for Defendant Herbalife
International of America, Inc.