UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-07480 JAK (MRWx) | Date | October 16, 2023 |
| Title | Michael Lavigne, et al. v. Herbalife, LTD, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Miranda Algorri |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Etan Mark | Paul S Chan |

**Proceedings:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS COUNSEL'S ATTORNEY FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARDS (DKT. 399)**

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 401)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant the Motion for Final Approval of Class Counsel's Attorney Fees, Reimbursement of Expenses and Service Awards (Dkt. 399) and Plaintiff's Motion for Final Approval of Class Action Settlement (Dkt. 401) (together, the "Motions"). Counsel address the Court. The Court adheres to its tentative views, and the Motions are **GRANTED**, with a detailed Order to follow; provided, however, in the written Order final determinations will be made as to certain issues.

**IT IS SO ORDERED.**

|  | : | 30 |
|---|---|---|
| Initials of Preparer | TJ | |