PAUL A. LEVIN (State Bar No. 229077)
MORTGAGE RECOVERY LAW GROUP LLP
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
TELEPHONE: (818) 630-7900 FASCIMILE: (818) 630-7920
EMAIL:     plevin@themrlg.com

ETAN MARK (admitted *pro hac*)
DONALD J. HAYDEN (admitted *pro hac*)
YANIV ADAR (admitted *pro hac*)
MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
TELEPHONE: (305) 374-0440
EMAIL:     etan@markmigdal.com
           don@markmigdal.com
           yaniv@markmigdal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL LAVIGNE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HERBALIFE LTD., *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-07480-JAK (MRWx)<br><br>[Related Case 2:13-cv-02488-BRO-RZ]<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT**<br><br>Courtroom: 10B<br><br>Assigned to Hon. John A. Kronstadt |

# NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs Patricia Rodgers, Jennifer Ribalta and Izaar Valdez ("**Plaintiffs**") lodge the attached [Proposed] Judgment that has been agreed to by Plaintiffs and Defendants.

DATED: October 23, 2023          Mark Migdal & Hayden

By: *Yaniv Adar, Esq.*
Yaniv Adar
Attorneys for Plaintiffs Patricia Rodgers,
Jennifer Ribalta, and Izaar Valdez

DATED: October 23, 2023          Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: *Paul Chan, Esq.*
Paul Chan
Attorneys for Defendant Herbalife
International of America, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on October 23, 2023. Service will be accomplished on all parties by the Court's CM/ECF system.

DATED:  October 23, 2023            Mark Migdal & Hayden

                                    By:   *Yaniv Adar, Esq.*
                                    _____
                                    Yaniv Adar
                                    Attorneys for Plaintiffs Patricia Rodgers,
                                    Jennifer Ribalta, and Izaar Valdez